ROBERT E. KALUNIAN, Acting County Counsel
JUDITH A. FRIES, Principal Deputy (SBN 070897)
jfries@counsel.lacounty.gov
LAURIE E. DODS, Deputy County Counsel (SBN 157756)
ldods@counsel.lacounty.gov
500 W. Temple St., Rm. 653
Los Angeles, California 90012
Telephone:  (213) 974-1923
Facsimile:  (213) 687-7337

BURHENN & GEST LLP
HOWARD GEST (SBN 076514)
hgest@burhenngest.com
DAVID W. BURHENN (SBN 105482)
dburhenn@burhenngest.com
624 South Grand Avenue, Suite 2200
Los Angeles, California 90017
Telephone:  (213) 688-7715
Facsimile:  (213) 688-7716

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. and SANTA MONICA BAYKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY FLOOD CONTROL DISTRICT; MICHAEL ANTONOVICH, in his official capacity as Supervisor; YVONNE B. BURKE, in her official capacity as Supervisor; DON KNABE, in his official capacity as Supervisor; GLORIA MOLINA, in her official capacity as Supervisor; ZEV YAROSLAVSKY, in his official capacity as Supervisor; and DEAN EFSTATHIOU, in his official capacity as Director of Los Angeles County Department of Public Works,<br><br>Defendants. | Case No. CV 08-1467 AHM (PLAx)<br><br>JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:  October 5, 2009<br>Time:  10:00 a.m.<br>Place: Courtroom 14 |

JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  Defendants' Motion for Summary Judgment or, in the alternative, partial
2  summary judgment came on for hearing on October 5, 2009 in the above-captioned
3  court. Plaintiffs were represented by Aaron Colangelo of the Natural Resources
4  Defense Council. Defendants were represented by Howard Gest of Burhenn & Gest.
5  After consideration of the pleadings, declarations, and papers filed herein, and after
6  hearing argument of counsel,
7      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants'
8  motion for summary judgment is granted;
9      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiffs'
10 First Amended Complaint is dismissed with prejudice.
11     Defendants are awarded their costs.
12 Dated: October___, 2009

                                            _____
                                            United States District Judge

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## PROOF OF SERVICE

I am employed in Los Angeles County. I am over the age of 18 and not a party to this action. My business address is 624 S. Grand Avenue, 22nd Floor, Los Angeles, California 90017.

On September 14, 2009 I served the foregoing document, described as

JUDGMENT GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

☐ the original of the document
☐ true copies of the document
☒ by electronic service through uploading the document on the court Electronic Case Filing system

on:

See Attached Service List

☐ **BY U.S. MAIL**: I sealed and placed such envelope for collection and mailing to be deposited on the same day at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with Burhenn & Gest LLP's practice of collection and processing corresponding for mailing. Under this practice, documents are deposited with the U.S. Postal Service on the same day that is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS**: I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE**: I caused the above referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

☐ **BY PERSONAL SERVICE**: I personally delivered such envelope by hand to the office of the addressee(s).

☐ **STATE**: I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 14, 2009 at Los Angeles, California.

_____
Danette Armstead

| SERVICE LIST<br><br>*Natural Resources Defense Council v. County of Los Angeles*<br>*Case No. CV 08-1467-AHM (PLAx)* ||
|---|---|
| David S. Beckman<br>Natural Resources Defense Council<br>1314 Second Street<br>Santa Monica, CA 90401<br>Telephone: (310) 434-2300<br>Facsimile: (310) 434-2399 | Attorneys for Plaintiff<br>Natural Resources Defense Council |
| Aaron Colangelo<br>Natural Resources Defense Council<br>1200 New York Avenue, N.W.<br>Suite 400<br>Washington DC 20005<br>Telephone: (202) 289-2376 | Attorneys for Plaintiff<br>Natural Resources Defense Council |
| Anjali I. Jaiswal<br>Natural Resources Defense Council<br>111 Sutter Street, 20th Floor<br>San Francisco, CA 94104 | Attorneys for Plaintiff<br>Natural Resources Defense Council |
| Daniel Cooper<br>Layne Friedrich<br>Lawyers For Clean Water, Inc.<br>1004 O'Reilly Avenue<br>San Francisco, CA 94129<br>Telephone: (415) 440-6520<br>Facsimile: (415) 440-4155 | Attorneys for Plaintiff<br>Santa Monica Baykeeper |