# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-1467 AHM (PLAx) | Date | December 2, 2009 |
|---|---|---|---|
| Title | NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.* v. COUNTY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiffs' Motion for Leave to File Supplemental Evidence in Support of Motion for Partial Summary Judgment[1] and Defendants' Ex Parte Application for Leave to File Supplemental Evidence in Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendants' Motion for Summary Judgment.[2] To permit the parties to supplement their contentions and evidence at this belated stage would be unfair in different ways to both sides and to the Court.

|  | : |
|---|---|
| Initials of Preparer | se |

---

[1] Docket No. 195.

[2] Docket No. 187.