O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-1467 AHM (PLAx) | Date | January 6, 2010 |
| Title | NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.* v. COUNTY OF LOS ANGELES, *et al.* | | |

Present: The Honorable **A. HOWARD MATZ, U.S. DISTRICT JUDGE**

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court DENIES Defendants' *Ex Parte* Application for Continuance of Pretrial and Trial Dates[1] as framed but grants a two-week extension for all remaining dates, as reflected in the attached Amended Scheduling Order.

                                                      _____ : _____
                                        Initials of Preparer    se

---

[1] Docket No. 210.

JUDGE A HOWARD MATZ
PRESUMPTIVE SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) Estimated length: _____ days | 8:00 a.m. | | | | 3/9/10 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | - 1 | | | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | - 2 | | | 2/22/10 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | - 4 | | | 2/8/10 |
| Last day for hand-serving Motions in Limine | | - 6 | | | 1/25/10 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | | - 8 | | | N/A |
| Last day for hearing motions | 10:00 a.m. | - 8 | | | N/A |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | - 12 | | | N/A |
| Non-expert Discovery cut-off | | - 14 | | | N/A |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16-15 Settlement Choice:    (1) CT/USMJ    (2) Atty    (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | - 6 | | | N/A |
| Rebuttal Expert Witness Disclosure | | - 9 | | | N/A |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | - 13 | | | N/A |
| Last day to conduct Settlement Conference | | | | | N/A |
| Last Day to Amend Pleadings or Add Parties | | | | | N/A |

# EXHIBIT A