# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1467 AHM (PLAx) | Date | January 12, 2010 |
|---|---|---|---|
| Title | NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.* v. COUNTY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Having reviewed the parties' responses to the Court's January 6, 2010 Order, the Court chooses to deny as moot Plaintiffs' Motion for Review of Magistrate Judge's Order.[1] If at a later date the status of the case warrants the requested relief, Plaintiffs may file a notice to reopen the motion without refiling their moving papers.

                                                                                                                                                                                                  :

                                                                      Initials of Preparer        SMO

---

[1] Docket No. 177.